**EXHIBIT A**
State Court Filings



# Notice of Service of Process

null / ALL
**Transmittal Number: 30679346**
**Date Processed: 01/27/2025**

| | |
|---|---|
| **Primary Contact:** | Christine Sullivan<br>Ascensus, LLC<br>200 Dryden Rd E<br>Dresher, PA 19025-1044 |
| **Entity:** | Provident Trust Group, LLC<br>Entity ID Number 4384245 |
| **Entity Served:** | Provident Trust Group, LLC |
| **Title of Action:** | Joey Kimbrough vs. Provident Trust Group, LLC |
| **Matter Name/ID:** | Joey Kimbrough vs. Provident Trust Group, LLC (16806208) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Howard County Superior Court, IN |
| **Case/Reference No:** | 34C01-2501-CT-000238 |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 01/24/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Howard County<br>765-437-8451 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

STATE OF INDIANA
IN THE HOWARD COUNTY SUPERIOR COURT

CAUSE NO. _____

| | |
|---|---|
| JOEY KIMBROUGH<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC<br><br>Defendant. | **SUMMONS** |

**TO DEFENDANT:** PROVIDENT TRUST GROUP, LLC
c/o Registered Agent: Corporation Service Company
112 North Curry Street
Carson City, NV 89703

You have been sued by the person named "Plaintiff," in the court stated above.

The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the Plaintiff.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons. You have twenty-three (23) days to answer if this summons was received by mail, or a judgment by default may be rendered against you for relief plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 1/23/2025 _____ (Seal)   LW
Circuit Court Clerk of Howard County

Howard County Clerk c/o Debbie C. Stewart
104 N. Buckeye St., Room 202
Kokomo, IN. 46901
(765) 456-2000

1

Plaintiff designates the following manner of service:

**Certified Mail at the above address**

Dated: January 22nd, 2025    Respectfully Submitted,

By: /s/*JoeyKimbrough*

Joey Kimbrough, Pro Se
1712 Candy Court South
Kokomo, IN 46902
Telephone: (765) 437-8451
joeykokomo2002@yahoo.com

STATE OF INDIANA
IN THE HOWARD COUNTY SUPERIOR COURT

CAUSE NO._____

| | |
|---|---|
| JOEY KIMBROUGH<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC<br><br>Defendant. | **VERIFIED COMPLAINT FOR DAMAGES AND JURY DEMAND** |

**NOW COMES** Plaintiff JOEY KIMBROUGH, appearing pro se, alleges and states as follows under affirmation and penalty of perjury:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to **Indiana Code § 33-28-1-2 and §33-29-1-1.5**, as this is a civil matter involving claims exceeding $10,000.

2. Venue is proper in this Court under **Indiana Trial Rule 75(A)**, as the Plaintiff resides in Howard County, Indiana, and the Defendant conducts business with residents of Indiana.

### II. PARTIES

3. Plaintiff **Joey Kimbrough** is an individual residing at 1712 Candy Court South, Kokomo, Indiana within Howard County. He is the beneficiary of JMC Property Group, LLC, and the owner of a Self-Directed IRA account (No. XXXX0386).

4. Defendant **Provident Trust Group, LLC** is a foreign limited liability company organized in DELAWARE with its principal office at 8880 W. Sunset Rd., Suite 250, Las Vegas, Nevada.

1

Provident Trust Group is authorized to act as a custodian for Self-Directed IRA accounts, including that of the Plaintiff.

### III. <u>INTRODUCTION</u>

5. Plaintiff brings this action against Provident Trust Group, LLC, for breach of contract, breach of fiduciary duties, and fraud arising from unauthorized in-kind distributions of assets from his Self-Directed IRA.

6. This Complaint seeks damages for financial losses, potential tax liabilities, emotional distress, and other relief as appropriate.

### IV. <u>FACTUAL BACKGROUD</u>

7. On July 8, 2024, Provident Trust Group processed unauthorized in-kind distributions from Plaintiff's Self-Directed IRA account, totaling $168,848.66, without Plaintiff's request or authorization.

8. The unauthorized transactions (Nos. 22419001153 and 22419001154) were confirmed via email notifications sent to Plaintiff.

9. Plaintiff sent a formal ***Notice of Disputed In-Kind Distribution Request*** to Provident on July 15, 2024, demanding reversal of the transactions.

10. On August 30, 2024, Plaintiff proposed a ***Novation Agreement***, clarifying Provident's obligations under the custodial agreement. Provident received and signed for the agreement on September 3, 2024, but failed to act on its terms.

11. On October 19, 2024, Plaintiff issued a ***Notice of Intent to Sue***, demanding immediate corrective actions. Provident failed to respond adequately.

2

12. On December 3, 2024, Plaintiff submitted a *Default Notice* to Provident, formally declaring the Defendant in default due to its repeated failures to cure its breaches of contract and fiduciary duty.

13. On the same date, Plaintiff executed and submitted an *Affidavit of Damages*, detailing the financial and non-financial harms resulting from Provident's actions.

## V. <u>CAUSES OF ACTION</u>

**Count I: Breach of Contract (Against Provident Trust Group, LLC)**

14. Plaintiff incorporates all prior paragraphs as if fully stated herein.

15. Provident Trust Group breached the custodial agreement by processing unauthorized distributions and failing to reverse them despite notice.

16. The breach caused Plaintiff financial losses of $168,848.66, potential tax liabilities of $67,539.46, and additional costs.

**Count II: Breach of Fiduciary Duties (Against Provident Trust Group, LLC)**

17. Provident owed Plaintiff a fiduciary duty to safeguard the assets of his Self-Directed IRA.

18. Provident breached this duty by negligently processing unauthorized transactions and failing to rectify them.

19. Plaintiff suffered financial and non-financial damages, including emotional distress.

**Count III: Fraud (Against Provident Trust Group, LLC)**

20. Provident misrepresented that the in-kind distributions were authorized by Plaintiff.

21. Plaintiff relied on Provident's position as a trusted custodian and suffered financial harm as a result of the fraud.

## VI. DAMAGES

Plaintiff seeks:

1. $168,848.66 for financial losses.

2. $67,539.46 for potential tax liabilities.

3. $44,212.17 for emotional distress and administrative costs.

4. Punitive damages for fraud and bad faith.

5. Attorneys' fees and costs.

## VII. RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests:

1. Judgment against Defendant for all damages stated.

2. Declaratory relief finding Defendant in breach of their obligations.

3. Equitable relief requiring reversal of unauthorized distributions.

4. Any further relief the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issued triable by a jury.

Respectfully submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

## VERIFICATION
## (JOEY KIMBROUGH)

I, Joey Kimbrough, agent for JOEY KIMBROUGH ("plaintiff"), have read the foregoing *Complaint for Damages* and know its contents. The facts therein alleged are true and correct to the best of my knowledge and belief.

**I declare under the penalty of the perjury laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2025.**

*Joey Kimbrough, Agent*
_____
Joey Kimbrough, Agent

## CERTIFICATE OF SERVICE

I hereby certify that on January 22th, 2025, a copy of the foregoing has been duly served upon the Clerk of this Court and individual(s) listed below by E-Service using the Indiana E-Filing System, pursuant to Rules 5(C), 5(F)(6), and 86(G)(3) of the Indiana Rules of Trial Procedure, and Administrative Rule 16, or pursuant to Trial Rule 5(B)(2) as appropriate:

***Distribution:***

No parties or representation have filed in as of this *Complaint* submittal.

Certified,

*/s/ Joey Kimbrough*

5

STATE OF INDIANA
IN THE HOWARD COUNTY CIRCUIT COURT

CAUSE NO. 34C01-2501-CT-000238

| | |
|---|---|
| JOEY KIMBROUGH<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC<br><br>    Defendant. | **NOTICE OF MOTION AND MOTION TO CHANGE PLEADING(S) HEADER TO PROPER COURT OF JURISDICTION** |

**COMES NOW**, the Plaintiff, Joey Kimbrough, pursuant to *Indiana Rule of Trial Procedure 15(C)*, and respectfully moves this Honorable Court for an order allowing an amendment to the header of the initial pleadings in this matter. In support of this Motion, Plaintiff states as follows:

1. The initial filings in this matter, including the Summons, Appearance, and Complaint for Damages, were mistakenly labeled as being filed in the "Howard County Superior Court" when the proper court of jurisdiction, as assigned by the Clerk of the Court, is the "Howard County Circuit Court."

2. This labeling error was an oversight on the part of the Plaintiff and was not made with any intent to mislead or cause confusion.

3. The Plaintiff respectfully requests that this Honorable Court accept the proposed change to reflect the proper court of jurisdiction, "Howard County Circuit Court," on the original filings and that all future filings in this matter include the correct court designation.

1

4. The Defendant, Provident Trust Group, LLC, has not yet filed an appearance or responsive pleading in this matter and would not be prejudiced by this administrative amendment.

**WHEREFORE**, Plaintiff, Joey Kimbrough, respectfully requests that this Honorable Court grant this *Motion to Change Pleading(s) Header to Proper Court of Jurisdiction* and order that the original filings be accepted with the proposed header change as if originally submitted as Howard County Circuit Court, with all future filings to include the corrected court designation, and for all other just and proper relief.

Respectfully submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

## CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2025, a copy of the foregoing has been duly served upon the Clerk of this Court and individual(s) listed below by E-Service using the Indiana E-Filing System, pursuant to Rules 5(C), 5(F)(6), and 86(G)(3) of the Indiana Rules of Trial Procedure, and Administrative Rule 16, or pursuant to Trial Rule 5(B)(2) as appropriate:

*Distribution:*

No parties or representation have filed in as of this Notice and Motion submittal.

Certified,

/s/ *Joey Kimbrough*

STATE OF INDIANA
IN THE HOWARD COUNTY CIRCUIT COURT

CAUSE NO. 34C01-2501-CT-000238

| | |
|---|---|
| JOEY KIMBROUGH<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENT TRUST GROUP, LLC<br><br>　　　　Defendant. | |

**ORDER GRANTING MOTION TO CHANGE PLEADING(S) HEADER TO PROPER COURT OF JURISDICTION**

　　This matter having come before the Court on Plaintiff's Motion to Change Pleading(s) Header to Proper Court of Jurisdiction pursuant to **Indiana Rule of Trial Procedure 15(C)**, and the Court being duly advised in the premises, now finds as follows:

1. The Plaintiff's initial filings, including the Summons, Appearance, and Complaint for Damages, were mistakenly labeled as being filed in the "Howard County Superior Court" when the proper court of jurisdiction, as assigned by the Clerk of the Court, is the "Howard County Circuit Court."
2. The Plaintiff's labeling error was an oversight and was not made with any intent to mislead or cause confusion.
3. The Defendant has not yet filed an appearance or responsive pleading in this matter and would not be prejudiced by the proposed change.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's Motion to Change Pleading(s) Header to Proper Court of Jurisdiction is hereby GRANTED.

2. The original filings in this matter are accepted with the proposed header change as if originally submitted as Howard County Circuit Court.

3. All future filings in this matter shall include the correct court designation of "Howard County Circuit Court."

**SO ORDERED** this ___ day of _____, 2025.

ENTERED
January 27, 2025
LM

**BY:** _____
Judge, Howard County Circuit Court

STATE OF INDIANA
IN THE HOWARD COUNTY CIRCUIT COURT

CAUSE NO. 34C01-2501-CT-000238

| | |
|---|---|
| JOEY KIMBROUGH<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENT TRUST GROUP, LLC<br><br>    Defendant. | **Honorable Judge Lynn Murray**<br><br>**NOTICE OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT** |

## **NOTICE OF DEFAULT**

COMES NOW, the Plaintiff, Joey Kimbrough, and files this *Notice of Default* against the Defendant, Provident Trust Group, LLC, and states as follows:

1. On January 22, 2025, Plaintiff filed a Verified Complaint for Damages against Defendant.

2. A Summons and Complaint were properly served upon Defendant's registered agent, Corporation Service Company, on January 24, 2025, at 3:17 PM, at 112 N Curry St, Carson City, NV 89703, as confirmed by the Declaration of Service of Summons (*See Notice of Service of Process and* **Exhibit A** *filed January 25, 2025*).

3. As of the date of this filing, Defendant has failed to file an appearance, answer, or other responsive pleading within the 20-day period required under Indiana Trial Rule 55(A).

4. Defendant is therefore in default and subject to judgment in favor of the Plaintiff.

1

WHEREFORE, Plaintiff respectfully submits this *Notice of Default* and requests that this Court enter a default judgment in favor of the Plaintiff against Defendant for the relief sought in the Complaint.

Respectfully submitted,

/s/ *Joey Kimbrough*
Joey Kimbrough, Plaintiff
1712 Candy Court South
Kokomo, IN 46902
joeykokomo2002@yahoo.com
(765) 437-8451

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW, the Plaintiff, Joey Kimbrough, pursuant to *Indiana Trial Rule 55(B)*, and respectfully moves this Court to enter Default Judgment against the Defendant, Provident Trust Group, LLC, and in support states as follows:

**I. FACTUAL BACKGROUND**

1. On January 22, 2025, Plaintiff filed a Verified Complaint for Damages alleging Breach of Contract, Breach of Fiduciary Duty, and Fraud.

2. On January 24, 2025, Defendant was properly served with the Summons and Complaint through its registered agent, Corporation Service Company, at 112 N Curry St, Carson City, NV 89703, as evidenced in the Declaration of Service of Summons (*See Notice of Service of Process and **Exhibit A** filed January 25, 2025*).

3. Pursuant *to Indiana Trial Rule 6(A)*, the computation of time begins the day after service is completed.

4. Under *Indiana Trial Rule 12(A)*, Defendant was required to file a responsive pleading or motion within 20 days after being served.

5. The deadline for Defendant to answer or defend expired on February 14, 2025 (20 days after January 24, 2025).

6. As of the date of this filing, Defendant has failed to appear, respond, or otherwise defend against this lawsuit, making it subject to default judgment under *Indiana Trial Rule 55(A)*.

## II. APPLICABLE LEGAL STANDARDS

7. *Indiana Trial Rule 12(B)* provides that a party **must** assert defenses, including lack of jurisdiction, improper venue, insufficiency of service of process, or failure to state a claim, in their initial responsive pleading or motion. (*emphasis added*)

8. Failure to timely assert such defenses waives them, making default judgment appropriate.

9. Under *Indiana Trial Rule 6(D)*, if a party fails to act within the prescribed time, they may request an extension for excusable neglect, but no such request has been made by Defendant.

10. Under *Indiana Trial Rule 55(B)*, when a defendant fails to respond, the court may enter a default judgment based on the verified complaint and supporting affidavits.

## III. DAMAGES REQUESTED

11. Plaintiff seeks judgment against Defendant in the following amounts:

**A. Compensatory Damages:**

- $168,848.66 for financial losses.
- $67,539.46 for potential tax liabilities.
- $44,212.17 for emotional distress and administrative costs.
- **Total: $280,600.29**

**B. Punitive Damages:**

- Under Ind. Code § 34-51-3-4, punitive damages are capped at the greater of three times the compensatory damages or $50,000.

- Three times compensatory damages ($280,600.29 × 3) = $841,800.87 (applicable cap).

**C. Punitive Damages Allocation:**

- Under *Ind. Code § 34-51-3-6*, Plaintiff receives 25% of the punitive damages, which amounts to **$210,450.22**.

- 75% ($631,350.65) goes to the Indiana Violent Crime Victims Compensation Fund.

12. Plaintiff also seeks fees and court costs incurred in bringing this action.

**IV. CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that this Court enter a default judgment against Provident Trust Group, LLC for the following:

1. Compensatory damages of $280,600.29.

2. Punitive damages of $841,800.87, with $210,450.22 payable to Plaintiff and $631,350.65 to the Indiana Violent Crime Victims Compensation Fund.

3. Fees and costs as permitted by law.

4. Any further relief that this Court deems just and proper.

    Respectfully submitted,

    /s/ *Joey Kimbrough*
    Joey Kimbrough, Plaintiff
    1712 Candy Court South
    Kokomo, IN 46902
    joeykokomo2002@yahoo.com
    (765) 437-8451

# **CERTIFICATE OF SERVICE**

       I hereby certify that on February 16th, 2025, a copy of the foregoing has been duly served upon the Clerk of this Court and individual(s) listed below by E-Service using the Indiana E-Filing System, pursuant to Rules 5(C), 5(F)(6), and 86(G)(3) of the Indiana Rules of Trial Procedure, and Administrative Rule 16, or pursuant to Trial Rule 5(B)(2) as appropriate:

***Distribution:***

No parties or representation have filed in as of this *Notice of Default and Motion for Default Judgment* submittal.

       Certified,

       <u>/s/ *Joey Kimbrough*</u>