UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOEY KIMBROUGH ) | |
| Plaintiff(s), ) | |
| vs. ) | 1:25−cv−00342−JRS−MJD |
| ) | |
| PROVIDENT TRUST GROUP, LLC ) | |
| Defendant(s). ) | |

**NOTICE TO PRO SE LITIGANTS**

The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. All litigants are expected to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

**Motions:** A motion is the means by which a litigant seeks to have the Court take some form of official action. If a litigant seeks such official action by the Court, the filing must include the word "motion" in the title. The motion should be a simple statement of the litigant's request. If a litigant has more than one request, then each request must be similarly precise and submitted in a separate motion.

No response or reply should be included with a motion, but rather filed separately. Other materials such as letters, declarations, affidavits, or other documents, do not qualify as motions.

**Copies and Originals of Filings:** Litigants are advised not to send originals of any document to the Court because, after the Clerk scans a document into the electronic filing system, the document is destroyed. Litigants are responsible for making and keeping their own copies of filings.

**Duty to Update Address:** The Court must be able to locate and communicate with litigants. Within ten (10) days of any change, while this action remains pending, litigants shall file a change of address and/or change of phone number. If a litigant fails to keep the Court informed of his/her current mailing address, the action may be subject to dismissal.

**Format of Filings:** Every filing must have the case name and case number on the first page, including the letters following the case number. Filings may not contain more than one case number. If a litigant has more than one case pending with the Court and wishes to submit the same filing in each case, the litigant must file separate documents for each case. All filings must be single−sided, legible, have 1−inch margins, and signed by the litigant. Filings that do not contain a case number on the first page may be returned unfiled.