# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>                Plaintiff,<br><br>*vs.*<br><br>PROVIDENT TRUST GROUP, LLC,<br><br>                Defendant. | **Civil Action No. 1:25-cv-00342-JRS-MJD** |

**DEFENDANT'S ANSWER TO COMPLAINT AND SEPARATE DEFENSES**

Defendant Provident Trust Group, LLC, by and through its counsel of record, Greenberg Traurig, LLP, states in Answer to Plaintiff Joey Kimbrough's ("Plaintiff") Complaint:

**AS TO "JURISDICTION AND VENUE"**

1. The allegations contained in paragraph 1 of the Complaint have been mooted by virtue of Defendant's removal of this Action to this Court, and do not require a response. To the extent a response is required, Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. The allegations contained in paragraph 2 of the Complaint have been mooted by virtue of Defendant's removal of this Action to this Court, and do not require a response. To the extent a response is required, Defendant denies the allegations contained in paragraph 2 of the Complaint.

**AS TO "PARTIES"**

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and leaves Plaintiff to his proofs.

4. Defendant admits it is a foreign entity to Indiana, with a principal place of business located in Nevada.

**AS TO "INTRODUCTION"**

5. Defendant admits that Plaintiff purports to bring this Action to recover damages, but denies that there exists any basis in law or fact for Plaintiff's claims, all of which are expressly denied.

6. Defendant admits that Plaintiff purports to bring this Action to recover damages, but denies that there exists any basis in law or fact for Plaintiff's claims, all of which are expressly denied.

## AS TO "FACTUAL BACKGROUD [*sic*]"

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

## AS TO "CAUSES OF ACTION"

## AS TO "COUNT I: BREACH OF CONTRACT"

14. Defendant reiterates and incorporates its responses to the foregoing paragraphs of the Complaint as if set forth at full herein.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

## AS TO "COUNT II: BREACH OF FIDUCIARY DUTIES"

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Complaint.

## AS TO "COUNT III: FRAUD"

20. Defendant denies the allegations contained in paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in paragraph 21 of the Complaint.

## AS TO "DAMAGES"

Defendant admits that Plaintiff purports to bring this Action to recover damages, but denies that there exists any basis in law or fact for Plaintiff's claims, all of which are expressly denied.

## AS TO "RELIEF REQUESTED"

Defendant admits that Plaintiff purports to bring this Action to recover damages, but denies that there exists any basis in law or fact for Plaintiff's claims, all of which are expressly denied.

## SEPARATE DEFENSES

## FIRST SEPARATE DEFENSE

Plaintiffs' claims are barred because Defendant has not breached any alleged duty imposed by operation of law or contract.

## SECOND SEPARATE DEFENSE

Each and every act, omission or other conduct on the part of Defendant that is complained of by Plaintiff in the Complaint is excused by the prior breach (including but not limited to anticipatory breach) of the contract in question by Plaintiff.

## THIRD SEPARATE DEFENSE

Defendant acted lawfully, in good faith and without malice or reckless indifference to Plaintiffs' protected rights.

## FOURTH SEPARATE DEFENSE

Plaintiff is not entitled to recover punitive damages, exemplary damages, or attorneys' fees.

## FIFTH SEPARATE DEFENSE

Defendant at all times acted in good faith, without actual malice and in furtherance of its own respective and legitimate business interests.

Defendant reserves the right to raise additional affirmative and other defenses that may subsequently become or appear applicable to plaintiffs' claims.

**WHEREFORE**, Defendant Provident Trust Group, LLC, requests judgment in its favor dismissing the Complaint against it in its entirety with prejudice, together with such other relief as the Court deems proper.

Dated: February 27, 2025      PROVIDENT TRUST GROUP, LLC

By:   */s/ Peter G. Rush*
PETER G. RUSH
One of its Attorneys
Peter G. Rush (IN Atty No. 6634-49)
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 476-5046
Peter.rush@gtlaw.com

*Attorneys for Provident Trust Group LLC*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February __, 2025, the foregoing *Answer to Complaint and Separate Defenses* was: (1) filed with the Clerk of the Southern District of Indiana using the CM/ECF system and (2) served upon pro se Plaintiff via US Mail at the following address:

>Joey Kimbrough
>1712 Candy Court South
>Kokomo, IN 46902
>
>*Pro se Plaintiff*

               */s/ Trudy K. Brown*