**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOEY KIMBROUGH,<br><br>                         Plaintiff,<br><br>*vs*.<br><br>PROVIDENT TRUST GROUP, LLC,<br><br>                       Defendant. | **Civil Action No. 1:25-cv-00342-JRS-MJD** |

**DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFF'S
OBJECTION TO ORDER AT DOCKET 44 [ECF No. 46]**

Defendant Provident Trust Group, LLC, by and through its counsel of record, Greenberg Traurig, LLP, as and for its Response and Opposition to Plaintiff Joey Kimbrough's ("Plaintiff") Objection to Order at Docket 44 ("Objection") states as follows:

Plaintiff "objects" to the Court's April 7, 2025 Order denying several motions Plaintiff made challenging GT attorney Peter Rush's ECF/PACER contact information. Because Plaintiff asks that the Court "[r]econsider and vacate or modify the Order" [PageID# 248], Defendant construes Plaintiff's "objection" to be essentially a motion for reconsideration, which Defendant opposes. Defendant submits that the Court's Order was correct on the operative facts and the applicable law, and should therefore be upheld in all respects for the reasons stated therein.

Dated: April 24, 2025          PROVIDENT TRUST GROUP, LLC

                                By:   */s/     Michael J. Slocum*
                                      Michael J. Slocum (*pro hac vice*)
                                      Greenberg Traurig, LLP
                                      500 Campus Drive, Suite 400
                                      Florham Park, NJ  07932
                                      Tel: (973) 360-7900
                                      slocumm@gtlaw.com
                                      *Attorneys for Provident Trust Group LLC*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on April 23, 2025, the foregoing ***Opposition and Response on Objection to***

***Order*** was:  (1) filed with the Clerk of the Southern District of Indiana using the CM/ECF system and (2)

served upon pro se Plaintiff via US Mail and email at the following address:

> Joey Kimbrough
> 1712 Candy Court South
> Kokomo, IN  46902
> Joeykokomo2002@yahoo.com
>
> *Pro se Plaintiff*

                    /s/ Michael J. Slocum